1  MICHAEL J. STORTZ (SBN 139386)
   michael.stortz@dbr.com
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: 415-591-7500
4  Facsimile: 415-591-7510

5  MARSHALL L. BAKER (SBN 300987)
   marshall.baker@dbr.com
6  DRINKER BIDDLE & REATH LLP
   1800 Century Park East, Suite 1500
7  Los Angeles, California 90067-1517
   Telephone: 310-203-4000
8  Facsimile: 310-229-1285

9  Attorneys for Defendant
   WBM LLC d/b/a WBM INTERNATIONAL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERGKAMP, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>WBM LLC d/b/a WBM INTERNATIONAL, and DOES 1-10, Inclusive,<br><br>  Defendants. | Case No. 2:17-cv-02533-KJM-CKD<br><br>**STIPULATION REGARDING PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT'S RESPONSE THERETO** |

1     Plaintiff Richard Bergkamp ("Plaintiff") and Defendant WBM LLC d/b/a WBM

2 International ("WBM") (collectively, the "Parties") hereby stipulate to and agree to permit

3 Plaintiff to file a First Amended Complaint on or before January 26, 2018 and to set the deadline

4 for WBM's response thereto as February 9, 2018, as follows:

5     WHEREAS, on December 1, 2017, WBM timely removed Plaintiff's Original Complaint

6 to this Court. *See* Dkt. No. 1;

7     WHEREAS, WBM's original responsive pleading deadline was set for December 8, 2017;

8     WHEREAS, pursuant to Local Rule 144(a), the Parties stipulated to a 28-day extension of

9 the time to respond to Plaintiff's Original Complaint. *See* Dkt. No. 3;

10     WHEREAS, pursuant to this Court's Standing Order requiring pre-filing meet and confer

11 prior to the filing of any motion, WBM's counsel advised Plaintiff's counsel of WBM's intent to

12 move to dismiss Plaintiff's Original Complaint, and Plaintiff's counsel advised that Plaintiff was

13 contemplating filing a motion to remand this action to state court. Plaintiff's motion to remand

14 was due January 2, 2018. *See* 28 U.S.C. § 1447(c);

15     WHEREAS, to provide an opportunity to complete meet and confer on the foregoing, the

16 Parties stipulated to continue WBM's deadline to respond to Plaintiff's Original Complaint for

17 two (2) weeks, to and including January 19, 2018, and further agreed to extend Plaintiff's

18 deadline to file a motion to remand to and including January 8, 2018. *See* Dkt. No. 4;

19     WHEREAS, the Court granted the Parties stipulation, extending Plaintiff's deadline to file

20 a motion to remand to January 8, 2018, and extending WBM's deadline to respond to the Original

21 Complaint to January 19, 2018. *See* Dkt. No. 6;

22     WHEREAS, Plaintiff filed his motion to remand on January 8, 2018 and set the hearing

23 on that motion for March 9, 2018. *See* Dkt. No. 8;

24     WHEREAS, during additional meet and confer of the Parties, Plaintiff agreed to file a

25 First Amended Complaint, and that WBM would have no obligation to respond to Plaintiff's

26 Original Complaint;

27     WHEREAS, the Parties further agreed to set Plaintiff's deadline to file his First Amended

28

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION REGARDING PLAINTIFF'S FIRST
AMENDED COMPL. AND DEFENDANT'S RESPONSE     - 2 -     CASE NO. 2:17-CV-02533-KJM-CKD
THERETO

Complaint on January 19, 2018;

WHEREAS, the Parties further agreed to set WBM's responsive pleading deadline to Plaintiff's First Amended Complaint for February 9, 2018;

WHEREAS, the scheduling modifications provided herein will not otherwise impact any deadlines already set by the Court.

THEREFORE, IT IS HEREBY STIPULATED by the Parties that:

(1) WBM has no obligation to respond to Plaintiff's Original Complaint;

(2) The deadline for Plaintiff to file his First Amended Complaint is January 19, 2018;

(3) The deadline for WBM to respond to Plaintiff's First Amended Complaint is February 9, 2018.

IT IS SO STIPULATED.

Dated: January 10, 2018   DRINKER BIDDLE & REATH LLP

By: /s/ Marshall L. Baker
Michael J. Stortz
Marshall L. Baker

Attorneys for Defendant
WBM LLC d/b/a WBM INTERNATIONAL

Dated: January 10, 2018   BESHADA FARNESE LLP

By: /s/ Peter J. Farnese (authorized on 1/10/2018)
Peter J. Farnese

Attorneys for Plaintiff
RICHARD BERGKAMP

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 16, 2018.

_____
UNITED STATES DISTRICT JUDGE

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION REGARDING PLAINTIFF'S FIRST AMENDED COMPL. AND DEFENDANT'S RESPONSE THERETO — - 3 -   CASE NO. 2:17-CV-02533-KJM-CKD