| | |
|---|---|
| 1 | MICHAEL J. STORTZ (SBN 139386) |
| | michael.stortz@dbr.com |
| 2 | DRINKER BIDDLE & REATH LLP |
| | 50 Fremont Street, 20th Floor |
| 3 | San Francisco, California 94105-2235 |
| | Telephone: 415-591-7500 |
| 4 | Facsimile: 415-591-7510 |
| 5 | MARSHALL L. BAKER (SBN 300987) |
| | marshall.baker@dbr.com |
| 6 | DRINKER BIDDLE & REATH LLP |
| | 1800 Century Park East, Suite 1500 |
| 7 | Los Angeles, California 90067-1517 |
| | Telephone: 310-203-4000 |
| 8 | Facsimile: 310-229-1285 |
| 9 | Attorneys for Defendant |
| | WBM LLC d/b/a WBM INTERNATIONAL |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BERGKAMP, individually and on behalf of all others similarly situated, | Case No. 2:17-cv-02533-KJM-CKD |
| Plaintiffs, | **STIPULATION AND ORDER FOR ONE WEEK EXTENSION OF DEFENDANT'S RESPONSIVE PLEADING DEADLINE** |
| v. | |
| WBM LLC d/b/a WBM INTERNATIONAL, and DOES 1-10, Inclusive, | |
| Defendants. | |

1    Plaintiff Richard Bergkamp ("Plaintiff") and Defendant WBM LLC d/b/a WBM International ("WBM") hereby stipulate to and agree to a one (1) week extension of WBM's deadline to respond to Plaintiff's First Amended Complaint ("FAC") to and including February 16, 2018, as follows:

WHEREAS, on December 1, 2017, WBM timely removed Plaintiff's Original Complaint to this Court. *See* Dkt. No. 1;

WHEREAS, Plaintiff filed a Motion to Remand on January 8, 2018 and set the hearing on that motion for March 9, 2018, setting the hearing on that motion for March 9, 2018. *See* Dkt. No. 8;

WHEREAS, pursuant to a Stipulated Order, Plaintiff filed his FAC on January 19, 2018. *See* Dkt. Nos. 12 and 13.

WHEREAS, WBM's response to Plaintiff's FAC is currently set for February 9, 2018. *See* Dkt. No. 12;

WHEREAS, per minute order dated February 1, 2018, the Court vacated and reset the Pretrial Scheduling Conference and hearing on Plaintiff's Motion to Remand for March 23, 2018. *See* Dkt. No. 14;

WHEREAS, pursuant to this Court's Standing Order requiring pre-filing meet and confer prior to the filing of any motion, the parties have met and conferred and agreed to a one (1) week extension of WBM's responsive pleading deadline; and

WHEREAS, the one (1) week scheduling modification provided herein will not otherwise impact any deadlines already set by the Court.

THEREFORE, IT IS HEREBY STIPULATED by the parties that:

(1)    The deadline for WBM to respond to Plaintiff's First Amended Complaint is extended to and including February 16, 2018.

IT IS SO STIPULATED.

///

///
///

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER FOR ONE WEEK EXTENSION OF DEFENDANT'S RESPONSIVE PLEADING DEADLINE     - 2 -     CASE NO. 2:17-CV-02533-KJM-CKD

| | | |
|---|---|---|
| Dated: February 7, 2018 | | DRINKER BIDDLE & REATH LLP |
| | | |
| | | By: /s/ Marshall L. Baker |
| | |     Michael J. Stortz |
| | |     Marshall L. Baker |
| | | Attorneys for Defendant |
| | | WBM LLC d/b/a WBM INTERNATIONAL |
| Dated: February 7, 2018 | | BESHADA FARNESE LLP |
| | | By: /s/ Peter J. Farnese (authorized on 2/7/2018) |
| | |     Peter J. Farnese |
| | | Attorneys for Plaintiff |
| | | RICHARD BERGKAMP |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  February 12, 2018.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR ONE WEEK EXTENSION OF DEFENDANT'S RESPONSIVE PLEADING DEADLINE — - 3 - — CASE NO. 2:17-CV-02533-KJM-CKD